# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-420
Lower Tribunal No. 20-CC-000717

_____

UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY a/s/o RICHARD CONLIN and PAULINE CONLIN,

Appellant,

v.

OAKWOOD AT GRANDEZZA NEIGHBORHOOD ASSOCIATION, INC.,

Appellee.

_____

Appeal from the Circuit Court for Lee County.
Nicole Lynn Mirra, Judge.

November 9, 2023

PER CURIAM.

AFFIRMED. *See Sunset Harbour Condo. Ass'n v. Robbins*, 914 So. 2d 925, 928 (Fla. 2005) ("'In order to be preserved for further review by a higher court, an issue must be presented to the lower court and the specific legal argument or ground to be argued on appeal or review must be part of that presentation if it is to be considered preserved.'" (quoting *Tillman v. State*, 471 So. 2d 32, 35 (Fla. 1985))).[1]

_____

[1] This case was transferred from the Second District Court of Appeal to this Court on January 1, 2023.

TRAVER, C.J., and SMITH and GANNAM, JJ., concur.

Nancy W. Gregoire, of Birnbaum, Lippman & Gregoire, PLLC, Fort Lauderdale, for Appellant.

Michael R. D'Lugo, of Wicker Smith O'Hara McCoy & Ford, P.A., Orlando, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF TIMELY FILED